| AO 10<br>Rev. 1/2014 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2016** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>PADOVA, JOHN R. | 2. Court or Organization<br><br>EASTERN DISTRICT OF PA | 3. Date of Report<br><br>03/06/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>SENIOR DISTRICT COURT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>1/1/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>17613 U.S. COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA, PA 19106 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member of Advisory Board | Regina Academies |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | N.Y. Intellectual Property Law Assoc., Inc. | 04/01/2016 - 04/02/2016 | New York, NY | Annual dinner and program | transportation, cab, tips, hotel, meals for Judge and spouse. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC BANK CHKG (J) | A | Interest | K | T | | | | | |
| 2. ANN M. PADOVA, IRA PNC(S) | A | Interest | K | T | | | | | |
| 3. Boston Capital (J) 17 | A | Interest | J | T | | | | | |
| 4. Bank Chkg & Sav. (J) Citizens Bank | A | Interest | J | T | | | | | |
| 5. Exelon (J) | A | Dividend | K | T | | | | | |
| 6. USAA Sav-Act | A | Interest | K | T | | | | | |
| 7. Boston Cap Ser 23 | A | Dividend | J | T | | | | | |
| 8. Boston Cap SER 15 & 18 (J) | A | Interest | J | T | | | | | |
| 9. Vanguard B/M - IRA | C | Dividend | M | T | | | | | |
| 10. Vanguard 500 - IRA | D | Dividend | N | T | | | | | |
| 11. PNC Bank Sav. (S) & Ckg (S) | A | Interest | L | T | | | | | |
| 12. Bernstein Div. Mun SNDPX (S) | B | Dividend | L | T | | | | | |
| 13. AllianceBernstein Multi Manager Alt. Fnd IRA (AB15670) | A | Dividend | M | T | | | | | |
| 14. AB Discovery Growth CHCYX (S) | | None | J | T | | | | | |
| 15. AB Discovery Value ABYSK (S) | A | Dividend | J | T | | | | | |
| 16. AB International Small Cap Portfolio (S) | A | Dividend | J | T | Buy | 02/22/16 | J | | |
| 17. | | | | | Buy (add'l) | 10/27/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/06/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AB International Strategic Equities Portfolio (S) | A | Dividend | K | T | Buy | 02/22/16 | J | | |
| 19. | | | | | Buy (add'l) | 10/27/16 | J | | |
| 20. AB Small Cap Core Portfolio (S) | A | Dividend | J | T | Buy | 08/05/16 | J | | |
| 21. | | | | | Buy (add'l) | 09/15/16 | J | | |
| 22. AETNA INC (S) | A | Dividend | J | T | | | | | |
| 23. Google GOOG (S) | | None | J | T | | | | | |
| 24. American International Goup | A | Dividend | J | T | Buy | 01/28/16 | J | | |
| 25. ALTRIA GROUP INC (S) (Y) | | | | | | | | | |
| 26. AMDOCS DOX (S) (Y) | | | | | | | | | |
| 27. American Electric Power (S) (Y) | | | | | | | | | |
| 28. Amphenol Corp -Cl A APH (S) (Y) | | | | | | | | | |
| 29. Ansys ANSS (S) | | None | | | Sold | 07/26/16 | J | A | |
| 30. Anthem (S) (Y) | | | | | | | | | |
| 31. Apple AAPL (S) | A | Dividend | J | T | | | | | |
| 32. Applied Materials Inc (S) (Y) | | | | | | | | | |
| 33. Ball Corp (S) (Y) | | | | | | | | | |
| 34. Bank of America BAC (S) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/06/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Bernstein Div. Mun. SNDPX (J) | B | Dividend | L | T | Buy (add'l) | 09/27/16 | K | | |
| 36. | | | | | Buy (add'l) | 10/27/16 | J | | |
| 37. Bernstein Emerging Mkts Fund SNEMX (S) | A | Dividend | J | T | Sold (part) | 02/22/16 | J | A | |
| 38. Bernstein Tax-Man Inter. SNIVX (S) | A | Dividend | K | T | Sold (part) | 02/22/16 | J | A | |
| 39. | | | | | Buy (add'l) | 10/27/16 | J | | |
| 40. Biogen BIIB (S) | | None | J | T | | | | | |
| 41. Capital One COF (S) | A | Dividend | J | T | | | | | |
| 42. CF Industries Holdings Inc. (S) (Y) | | | | | | | | | |
| 43. Cigna (S) (X) | | None | | | Sold | 12/06/16 | J | A | |
| 44. Citizens Financial Group (S) | A | Dividend | | | Sold | 04/07/16 | J | A | |
| 45. Comcast CMCSA (S) | A | Dividend | J | T | | | | | |
| 46. Costco COST (S) (Y) | | | | | | | | | |
| 47. CVS (S) | A | Dividend | J | T | | | | | |
| 48. Danaher DHR (S) (Y) | | | | | | | | | |
| 49. Delta Air Lines Inc (S) (Y) | | | | | | | | | |
| 50. Discover Financial Services DFS (S) (Y) | | | | | | | | | |
| 51. Dollar General Corp DG (S) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Dow Chemical Co (S) (X) | | None | J | T | | | | | |
| 53. Dr Pepper Snapple DPS (S) (Y) | | | | | | | | | |
| 54. Edison International (S) (Y) | | | | | | | | | |
| 55. Eog Resources Inc. EL (S) (Y) | | | | | | | | | |
| 56. Estee Lauder Companies-Cl A EL (S) (Y) | | | | | | | | | |
| 57. Exxon Mobil Corp | A | Dividend | J | T | Buy | 05/11/16 | J | | |
| 58. Facebook Inc-A FB (S) (Y) | | | | | | | | | |
| 59. Fiserv Inc. FISV (S) (Y) | | | | | | | | | |
| 60. General Mills (S) (X) | A | Dividend | | | Sold | 10/18/16 | J | A | |
| 61. Gilead Sciences GILD (S) | A | Dividend | J | T | | | | | |
| 62. Hewlett-Packard HPQ (S) | A | Dividend | J | T | | | | | |
| 63. Home Depot HPQ (S) | A | Dividend | J | T | | | | | |
| 64. HP Inc. (S) (X) | A | Dividend | J | T | | | | | |
| 65. Intl Business Machines Corp | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 66. Intuitive Surgical Inc. (S) (Y) | | | | | | | | | |
| 67. ITT Corp ITT (S) | A | Dividend | | | Sold | 09/06/16 | J | A | |
| 68. Johnson & Johnson (S) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Kimberly-Clark Corp (S) (Y) | | | | | | | | | |
| 70. Kroger KR (S) | A | Dividend | J | T | | | | | |
| 71. L-3 Communications LLL (S) (Y) | | | | | | | | | |
| 72. Lyondellbasell LYB (S) (Y) | | | | | | | | | |
| 73. Mcdonald's Corp MCD (S) | A | Dividend | | | Sold | 07/18/16 | J | A | |
| 74. Medtronic PLC MDT (S) (Y) | | | | | | | | | |
| 75. Microsoft Corp MSFT (S) | A | Dividend | J | T | | | | | |
| 76. Nike Inc. - Cl B NKE | A | Dividend | J | T | | | | | |
| 77. Northrop Grumman Corp NOC (S) (Y) | | | | | | | | | |
| 78. Oracle Corp ORCL (S) (Y) | | | | | | | | | |
| 79. Pepsico Inc. PEP (S) (Y) | | | | | | | | | |
| 80. Pfizer PFE (S) | A | Dividend | J | T | | | | | |
| 81. PPL Corporation (PPL) (S) | A | Dividend | | | Sold | 10/10/16 | J | A | |
| 82. Priceline PCLN (S) | | None | J | T | | | | | |
| 83. Progressive Corp (S) (X) | | None | | | Sold | 08/16/16 | J | A | |
| 84. Ross Stores Inc. (S) (Y) | | | | | | | | | |
| 85. Sherwin-Williams SHW (S) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/06/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Starbucks SBUX (S) | A | Dividend | J | T | | | | | |
| 87. Texas Instruments Inc. (S) | A | Dividend | J | T | Buy | 07/29/16 | J | | |
| 88. United Technologies Corp UTX (S) (Y) | | | | | | | | | |
| 89. Unitedhealth Group Inc. UNH (S) | A | Dividend | J | T | | | | | |
| 90. US Bancorp (S) | A | Dividend | J | T | | | | | |
| 91. Valero Energy VLO (S) (Y) | | | | | | | | | |
| 92. Verizon Communications, Inc. (S) (X) | A | Dividend | J | T | | | | | |
| 93. VISA Inc V (S) | A | Dividend | J | T | | | | | |
| 94. Voya Financial Inc. (S) (Y) | | | | | | | | | |
| 95. Walt Disney DIS (S) | A | Dividend | J | T | | | | | |
| 96. Wells Fargo WFC (S) | A | Dividend | J | T | | | | | |
| 97. XEROX XRX (S) (Y) | | | | | | | | | |
| 98. AB Discovery Growth Fnd (J) | | None | J | T | | | | | |
| 99. AB Discovery Value Fnd (J) | A | Dividend | J | T | | | | | |
| 100. AB International Small Cap Portfolio (J) | A | Dividend | J | T | Buy | 02/22/16 | J | | |
| 101. | | | | | Buy (add'l) | 12/13/16 | J | | |
| 102. AB International Strategic Equities Portfolio (J) | A | Dividend | K | T | Buy | 02/22/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/06/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "X" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 12/13/16 | J | | |
| 104. AB Small Cap Core Portfolio Adv (J) | A | Dividend | J | T | Buy | 08/05/16 | J | | |
| 105. | | | | | Buy | 09/16/16 | J | | |
| 106. AETNA AET (J) | A | Dividend | J | T | | | | | |
| 107. Allstate Corp | | None | | | Sold | 01/21/16 | J | A | |
| 108. Google Inc-CL C (J) | | None | J | T | | | | | |
| 109. Altria Group Inc (J) | A | Dividend | J | T | | | | | |
| 110. AMDOCS Ltd (J) (Y) | | | | | | | | | |
| 111. American Electric Power (J) (Y) | | | | | | | | | |
| 112. American International Group (J) | A | Dividend | J | T | Buy | 01/28/16 | J | | |
| 113. | | | | | Buy (add'l) | 02/04/16 | J | | |
| 114. Amphenol Corp CL A (J) | A | Dividend | J | T | | | | | |
| 115. Ansys Inc (J) | | None | | | Sold | 07/26/16 | J | A | |
| 116. Anthem Inc. ANTM (J) | A | Dividend | J | T | | | | | |
| 117. Apple Inc (J) | A | Dividend | J | T | | | | | |
| 118. Applied Materials Inc. AMAT (J) (Y) | | | | | | | | | |
| 119. Ball Corp (J) | A | Dividend | | | Sold | 04/26/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Bank of America (J) | A | Dividend | J | T | | | | | |
| 121. Bernstein Diversified Municipal Portfolio SNDPX (J) | C | Dividend | M | T | Buy (add'l) | 01/06/16 | J | | |
| 122. | | | | | Sold (part) | 01/29/16 | J | A | |
| 123. | | | | | Sold (part) | 02/29/16 | J | A | |
| 124. | | | | | Sold (part) | 06/30/16 | J | A | |
| 125. | | | | | Buy (add'l) | 12/02/16 | J | | |
| 126. Bernstein Emerging Mkts (J) | A | Dividend | J | T | Buy (add'l) | 01/06/16 | J | | |
| 127. | | | | | Sold (part) | 02/22/16 | J | A | |
| 128. | | | | | Sold (part) | 06/30/16 | J | A | |
| 129. | | | | | Buy (add'l) | 12/02/16 | J | | |
| 130. Bernstein Tax-Managed International Portfolio (J) | A | Dividend | K | T | Buy (add'l) | 01/06/16 | J | | |
| 131. | | | | | Sold (part) | 02/22/16 | K | A | |
| 132. | | | | | Sold (part) | 02/29/16 | J | A | |
| 133. | | | | | Buy (add'l) | 12/02/16 | J | | |
| 134. Biogen IDEC Inc (J) (Y) | | | | | | | | | |
| 135. Capital One Fin Corp (J) (Y) | | | | | | | | | |
| 136. CF Industries CF (J) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Cigna Corp (J) (X) | | None | | | Sold | 12/06/16 | J | A | |
| 138. Citizens Financial Group CFG (J) | A | Dividend | | | Sold | 04/07/16 | J | A | |
| 139. Comcast Corp-Class A CMCSA (J) | A | Dividend | J | T | | | | | |
| 140. Costco Whlse Corp (J) | A | Dividend | J | T | | | | | |
| 141. CVS Health Corp (J) | A | Dividend | J | T | | | | | |
| 142. Danaher Corp (J) (Y) | | | | | | | | | |
| 143. Delta Air Lines Inc. DAL (J) | A | Dividend | | | Sold | 09/26/16 | J | A | |
| 144. Discover Financial Svcs DFS (J) (Y) | | | | | | | | | |
| 145. Dollar General Corp DG (J) | A | Dividend | J | T | | | | | |
| 146. Dow Chemical Co (J) | | None | J | T | Buy | 10/21/16 | J | | |
| 147. Dr Pepper Snapple (J) (Y) | | | | | | | | | |
| 148. Eaton Corp Plc (J) | A | Dividend | J | T | Buy | 09/07/16 | J | | |
| 149. EBAY Inc. EBAY (J) | | None | J | T | | | | | |
| 150. Edison International (J) | A | Dividend | J | T | | | | | |
| 151. EOG Resources (J) | A | Dividend | K | T | | | | | |
| 152. Estee Lauder CL A (J) (Y) | | | | | | | | | |
| 153. Exelon Corporation EXC (J) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Exxon Mobil Corp (J) | A | Dividend | J | T | Buy | 05/11/16 | J | | |
| 155. Facebook Inc-A (J) | | None | J | T | | | | | |
| 156. Fiserv Inc. FISV (J) (Y) | | | | | | | | | |
| 157. General Electric (J) | | None | J | T | Buy | 12/21/16 | J | | |
| 158. General Mills (J) (X) | A | Dividend | | | Sold | 10/18/16 | J | A | |
| 159. Gilead Sciences (J) | A | Dividend | J | T | | | | | |
| 160. Hewlett-Packard (J) | A | Dividend | J | T | | | | | |
| 161. Home Depot Inc. HD (J) | A | Dividend | J | T | | | | | |
| 162. HP Inc. (J) (X) | A | Dividend | J | T | | | | | |
| 163. Intuitive Surgical Inc (J) (Y) | | | | | | | | | |
| 164. ITT Corp (J) | A | Dividend | | | Sold | 09/06/16 | J | A | |
| 165. Johnson & Johnson (J) | A | Dividend | J | T | | | | | |
| 166. Kroger (J) | A | Dividend | J | T | | | | | |
| 167. L-3 Communications (J) (Y) | | | | | | | | | |
| 168. Lyondellbasell Indu-CL A (J) (Y) | | | | | | | | | |
| 169. McDonald's Corp MCD (J) | A | Dividend | | | Sold | 07/18/16 | J | A | |
| 170. Mckesson Corp MCK (J) (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/06/2017 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  Medtronic Inc (J) (Y) | | | | | | | | | |
| 172.  Merck & Co. In.c MRK (J) (Y) | | | | | | | | | |
| 173.  Microsoft Corp (J) | A | Dividend | J | T | | | | | |
| 174.  Nike Inc-CL B (J) | A | Dividend | J | T | | | | | |
| 175.  Northrop Grumman (J) | A | Dividend | J | T | | | | | |
| 176.  Oracle Corp ORCL (J) (Y) | | | | | | | | | |
| 177.  PepsiCo Inc. (J) (Y) | | | | | | | | | |
| 178.  Pfizer (J) | A | Dividend | J | T | | | | | |
| 179.  PPL Corporation PPL (J) | A | Dividend | | | Sold | 10/10/16 | J | A | |
| 180.  Priceline Group (J) | | None | J | T | | | | | |
| 181.  Progressive Corp (J) | | None | | | Buy | 07/20/16 | J | | |
| 182. | | | | | Buy (add'l) | 07/21/16 | J | | |
| 183. | | | | | Sold | 08/16/16 | J | A | |
| 184.  Ross Stores (J) (Y) | | | | | | | | | |
| 185.  Schlumberger Ltd (J) (Y) | | | | | | | | | |
| 186.  Sealed Air Corp (J) (Y) | | | | | | | | | |
| 187.  Sherwin-Williams (J) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Starbucks Corp (J) | A | Dividend | J | T | | | | | |
| 189. Synchrony Financial (J) (X) | A | Dividend | J | T | | | | | |
| 190. Tax-Aware Overlay A Portfolio SATOX (J) | A | Dividend | M | T | Buy (add'l) | 01/06/16 | J | | |
| 191. | | | | | Sold (part) | 08/26/16 | J | A | |
| 192. | | | | | Sold (part) | 10/27/16 | J | A | |
| 193. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 194. Tax-Aware Overlay B Portfolio SBTOX (J) | B | Dividend | L | T | Buy (add'l) | 01/06/16 | J | | |
| 195. | | | | | Sold (part) | 05/18/16 | J | A | |
| 196. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 197. United Technologies Corp UTX (J) (Y) | | | | | | | | | |
| 198. Unitedhealth Group Inc. UNH (J) | A | Dividend | J | T | | | | | |
| 199. United Parcel Service-CL B (J) (X) | A | Dividend | | | Sold | 09/15/16 | J | A | |
| 200. US Bancorp (J) (Y) | | | | | | | | | |
| 201. Valero Entergy Corp (J) (Y) | | | | | | | | | |
| 202. Verizon Communications (J) | A | Dividend | J | T | | | | | |
| 203. Visa Inc Class A Shrs (J) | A | Dividend | | | Sold | 01/19/16 | J | A | |
| 204. Voya International (J) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  Walt Disney Co (J) | A | Dividend | J | T | | | | | |
| 206.  Wells Fargo (J) | A | Dividend | J | T | | | | | |
| 207.  Xerox Corp (J) (Y) | | | | | | | | | |
| 208.  AllianceBernstein Discovery Growth Fnd | | None | J | T | | | | | |
| 209.  AllianceBernstein Value Fnd | A | Dividend | J | T | | | | | |
| 210.  AB International Samll Cap Portfolio | A | Dividend | J | T | Buy | 02/22/16 | J | | |
| 211.  AB International Strategic Equities | A | Dividend | K | T | Buy | 02/22/16 | K | | |
| 212.  AB Small Cap Core Portfolio | A | Dividend | J | T | Buy | 05/23/16 | J | | |
| 213. | | | | | Buy (add'l) | 06/09/16 | J | | |
| 214. | | | | | Buy (add'l) | 08/05/16 | J | | |
| 215. | | | | | Buy (add'l) | 08/22/16 | J | | |
| 216. | | | | | Buy (add'l) | 09/15/16 | J | | |
| 217.  Adobe Systems Inc. | | None | J | T | Buy | 07/20/16 | J | | |
| 218.  Aetna Inc | A | Dividend | J | T | Buy (add'l) | 01/13/16 | J | | |
| 219.  Google Inc -CL C | | None | J | T | | | | | |
| 220.  Altria Group Inc | A | Dividend | J | T | | | | | |
| 221.  AMDOCS (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/06/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. American Electric Power (Y) | | | | | | | | | |
| 223. American International Group | A | Dividend | J | T | Buy | 01/28/16 | J | | |
| 224. | | | | | Buy (add'l) | 02/09/16 | J | | |
| 225. Amphenol Corp CL A (Y) | | | | | | | | | |
| 226. Ansys | | None | | | Sold | 07/26/16 | J | A | |
| 227. AON PLC (Y) | | | | | | | | | |
| 228. Anthem Inc. | A | Dividend | | | Sold (part) | 07/29/16 | J | A | |
| 229. | | | | | Sold | 08/18/16 | J | A | |
| 230. Apple Inc | A | Dividend | J | T | | | | | |
| 231. Applied Materials Inc | A | Dividend | | | Sold | 11/07/16 | J | A | |
| 232. Ball Corp | A | Dividend | | | Sold | 04/26/16 | J | A | |
| 233. Bank of America | A | Dividend | J | T | | | | | |
| 234. Bernstein Diversified Municipal Portfolio | D | Dividend | N | T | | | | | |
| 235. Bernstein Emerging Mkts | A | Dividend | J | T | Buy (add'l) | 02/01/16 | J | | |
| 236. | | | | | Sold (part) | 02/22/16 | J | A | |
| 237. Bernstein Tax-Managed Int'l Portfolio | A | Dividend | K | T | Buy (add'l) | 02/02/16 | J | | |
| 238. | | | | | Sold (part) | 02/22/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/06/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Biogen IDEC Inc | | None | J | T | | | | | |
| 240. Capital One Fin Corp | A | Dividend | J | T | | | | | |
| 241. CF Industries Holdings CF | A | Dividend | | | Buy (add'l) | 02/25/16 | J | | |
| 242. | | | | | Sold | 09/12/16 | J | A | |
| 243. Cigna Corp | | None | | | Buy | 08/17/16 | J | | |
| 244. | | | | | Sold | 12/06/16 | J | A | |
| 245. Cisco Systems Inc | A | Dividend | J | T | Buy | 09/20/16 | J | | |
| 246. Citizens Financial CFG | A | Dividend | | | Sold | 04/07/16 | J | A | |
| 247. Comast Corp-Class A | A | Dividend | J | T | | | | | |
| 248. Computer Sciences Corp (X) | A | Dividend | | | Sold | 04/21/16 | J | A | |
| 249. Costco Wholesale COST | A | Dividend | J | T | | | | | |
| 250. CVS Health Corp | A | Dividend | J | T | | | | | |
| 251. Danaher Corp (Y) | | | | | | | | | |
| 252. Delta Air Lines Inc | A | Dividend | | | Buy (add'l) | 07/19/16 | J | | |
| 253. | | | | | Sold (part) | 09/26/16 | J | A | |
| 254. | | | | | Sold | 09/26/16 | J | A | |
| 255. Discover Financial Services DFS | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/06/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Dollar General Corp | A | Dividend | J | T | | | | | |
| 257. Dow Chemical Corp | | None | J | T | Buy | 10/21/16 | J | | |
| 258. Dr Pepper Snapple | A | Dividend | J | T | | | | | |
| 259. Eaton Corp PLC | A | Dividend | J | T | Buy | 09/07/16 | J | | |
| 260. EBAY Inc. | | None | J | T | | | | | |
| 261. Edison International | A | Dividend | J | T | | | | | |
| 262. Edwards Lifeciences | | None | J | T | Buy | 10/31/16 | J | | |
| 263. EOG Resources | A | Dividend | J | T | | | | | |
| 264. Estee Lauder CL A | A | Dividend | | | Sold | 06/01/16 | J | A | |
| 265. Exxon Mobil Corp | A | Dividend | J | T | Buy | 05/11/16 | J | | |
| 266. Facebook Inc-A | | None | J | T | | | | | |
| 267. Fiserv | | None | J | T | | | | | |
| 268. Gamestop Corp Class A (Y) | | | | | | | | | |
| 269. General Electric Co | | None | J | T | Buy | 12/21/16 | J | | |
| 270. General Mills (X) | A | Dividend | | | Sold | 10/18/16 | J | A | |
| 271. Gilead Sciences Inc | A | Dividend | J | T | | | | | |
| 272. Hellmerich & Payne | A | Dividend | J | T | Buy | 04/26/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Hess Corp | A | Dividend | J | T | Buy | 03/31/16 | J | | |
| 274. Hewlett-Packard | A | Dividend | J | T | | | | | |
| 275. Home Depot Inc. HD | A | Dividend | J | T | | | | | |
| 276. Honeywell International Inc. | A | Dividend | J | T | Buy | 04/28/16 | J | | |
| 277. | | | | | Buy (add'l) | 10/18/16 | J | | |
| 278. HP Inc. HPQ (Y) | | | | | | | | | |
| 279. Intel Corp (X) | A | Dividend | J | T | | | | | |
| 280. Intl Business Machines Corp | A | Dividend | J | T | Buy | 11/01/16 | J | | |
| 281. Intuitive Surgical Inc | | None | J | T | | | | | |
| 282. ITT Corp | A | Dividend | | | Sold | 09/06/16 | J | A | |
| 283. JetBlue Airways | | None | | | Sold | 05/11/16 | J | A | |
| 284. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 285. Kimberly-Clark Corp KMB (Y) | | | | | | | | | |
| 286. Kroger Co | A | Dividend | J | T | | | | | |
| 287. L Brands Inc. LB (Y) | | | | | | | | | |
| 288. L-3 Communications | A | Dividend | J | T | Sold (part) | 10/26/16 | J | A | |
| 289. Lyondellbasell Indu-CL A | A | Dividend | | | Sold | 05/10/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Magna International Inc | A | Dividend | J | T | | | | | |
| 291. McDonald's Corp. | A | Dividend | | | Sold | 07/18/16 | J | A | |
| 292. Mckesson Corp MCK (Y) | | | | | | | | | |
| 293. Medtronic Inc | A | Dividend | | | Sold | 12/08/16 | J | A | |
| 294. Merck (Y) | | | | | | | | | |
| 295. Microsoft Corp | A | Dividend | J | T | | | | | |
| 296. Monster Beverage (Y) | | | | | | | | | |
| 297. Mosaic Co / The MOS | | None | | | Buy (add'l) | 01/04/16 | J | | |
| 298. | | | | | Sold | 02/01/16 | J | A | |
| 299. Nike Inc CL B (Y) | | | | | | | | | |
| 300. Northrop Grumman NOC | | None | | | Sold | 06/01/16 | J | A | |
| 301. ORACLE CORP ORCL | A | Dividend | J | T | Buy (add'l) | 07/29/16 | J | | |
| 302. Oshkosh Corp | A | Dividend | J | T | Buy | 09/12/16 | J | | |
| 303. Palo Alto Networks Inc. | | None | J | T | Buy | 06/06/16 | J | | |
| 304. Pepsico Inc | A | Dividend | J | T | | | | | |
| 305. Pfizer Inc | A | Dividend | J | T | | | | | |
| 306. PPL Corporation | A | Dividend | | | Sold | 10/10/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Priceline Group | | None | J | T | Sold (part) | 02/01/16 | J | A | |
| 308. | | | | | Buy (add'l) | 11/29/16 | J | | |
| 309. Progressive Corp | | None | | | Buy | 07/20/16 | J | | |
| 310. | | | | | Buy (add'l) | 07/21/16 | J | | |
| 311. | | | | | Sold | 08/16/16 | J | A | |
| 312. Public Storage (Y) | | | | | | | | | |
| 313. Ross Stores Inc ROST (Y) | | | | | | | | | |
| 314. Schlumberger LTD | A | Dividend | J | T | Buy (add'l) | 03/03/16 | J | | |
| 315. Sealed Air Corp | A | Dividend | J | T | | | | | |
| 316. Sherwin Williams | A | Dividend | | | Sold | 08/08/16 | J | A | |
| 317. Starbucks Corp | A | Dividend | J | T | Sold (part) | 01/20/16 | J | A | |
| 318. Synchrony Financial (Y) | | | | | | | | | |
| 319. Tax-Aware Overlay A Portfolio Class 1 | A | Dividend | L | T | Buy (add'l) | 09/27/16 | J | | |
| 320. Tax-Aware Overlay B Portfolio Class 1 | D | Dividend | N | T | Buy (add'l) | 12/20/16 | J | | |
| 321. Texas Instruments Inc. | A | Dividend | J | T | Buy | 07/29/16 | J | | |
| 322. Tyson Foods Inc. | A | Dividend | J | T | Buy | 03/11/16 | J | | |
| 323. Union Pacific Corp | | None | | | Sold | 02/03/16 | J | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. United Parcel Service | A | Dividend | | | Buy | 05/12/16 | J | | |
| 325. | | | | | Sold | 09/15/16 | J | A | |
| 326. United Technologies UTX | A | Dividend | J | T | | | | | |
| 327. Unitedhealth Group | A | Dividend | J | T | Sold (part) | 06/02/16 | J | A | |
| 328. | | | | | Sold (part) | 06/03/16 | J | A | |
| 329. US Bancorp | A | Dividend | J | T | | | | | |
| 330. Valero Energy Corp | A | Dividend | | | Sold | 01/04/16 | J | A | |
| 331. Verizon Communications VZ | A | Dividend | J | T | Buy (add'l) | 01/27/16 | J | | |
| 332. Visa Inc Class A Shrs | A | Dividend | J | T | | | | | |
| 333. Voya Financial Inc. (X) | | None | | | Sold | 01/19/16 | J | A | |
| 334. Walt Disney | A | Dividend | J | T | | | | | |
| 335. Wells Fargo | A | Dividend | J | T | | | | | |
| 336. Xerox | A | Dividend | J | T | | | | | |
| 337. IRA - Sanford C. Bernstein & Co., LLC | E | Int./Div. | P1 | T | | | | | |
| 338. - AB Discovery Growth CHCYX | | None | J | T | Sold (part) | 05/27/16 | J | A | |
| 339. | | | | | Sold (part) | 12/01/16 | J | A | |
| 340. - AB Discovery Value Fund ABYSX | A | Dividend | J | T | Sold (part) | 05/27/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Sold (part) | 12/01/16 | J | A | |
| 342. - AB GLOBAL BOND FUND- ADV | D | Dividend | M | T | Sold (part) | 05/27/16 | J | A | |
| 343. | | | | | Sold (part) | 12/01/16 | J | A | |
| 344. | | | | | Buy (add'l) | 12/12/16 | J | | |
| 345. - AB High Income | C | Dividend | M | T | Buy | 05/27/16 | M | | |
| 346. | | | | | Buy (add'l) | 05/31/16 | J | | |
| 347. | | | | | Sold (part) | 12/01/16 | J | A | |
| 348. - AB International Small Cap Portfolio | A | Dividend | J | T | Buy | 02/22/16 | J | | |
| 349. | | | | | Sold (part) | 05/27/16 | J | A | |
| 350. - AB International Strategic Equities Portfolio | A | Dividend | K | T | Buy | 02/22/16 | K | | |
| 351. | | | | | Sold (part) | 05/27/16 | J | A | |
| 352. | | | | | Sold (part) | 12/01/16 | J | A | |
| 353. - AB Small Cap Core Portfolio Adv Cl | A | Dividend | J | T | Buy | 05/23/16 | J | | |
| 354. | | | | | Buy (add'l) | 08/05/16 | J | | |
| 355. | | | | | Buy (add'l) | 08/22/16 | J | | |
| 356. | | | | | Buy (add'l) | 09/15/16 | J | | |
| 357. | | | | | Sold (part) | 12/01/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/06/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. - AETNA INC | A | Dividend | J | T | | | | | |
| 359. - Google Inc GOOG | | None | J | T | Sold (part) | 05/27/16 | J | A | |
| 360. - Altria Group MO | A | Dividend | J | T | Sold (part) | 05/27/16 | J | A | |
| 361. American International Group | A | Dividend | J | T | Buy | 02/08/16 | J | | |
| 362. | | | | | Buy (add'l) | 03/07/16 | J | | |
| 363. | | | | | Sold (part) | 05/27/16 | J | A | |
| 364. - Amdocs DOX (Y) | | | | | | | | | |
| 365. - American Electric (Y) | | | | | | | | | |
| 366. - Amphenol Corp APH (Y) | | | | | | | | | |
| 367. - Ansys Inc ANSS | | None | | | Sold | 07/26/16 | J | A | |
| 368. - Apple Inc AAPL | A | Dividend | J | T | Sold (part) | 05/27/16 | J | A | |
| 369. - Applied Materials Inc | A | Dividend | | | Sold (part) | 05/27/16 | J | A | |
| 370. | | | | | Sold | 11/07/16 | J | A | |
| 371. - Ball Corp BLL | A | Dividend | | | Sold | 04/26/16 | J | A | |
| 372. - Bank of America BAC | A | Dividend | J | T | Sold (part) | 05/27/16 | J | A | |
| 373. - Bernstein Emerging Market SNEMX | A | Dividend | J | T | Sold (part) | 02/22/16 | J | A | |
| 374. | | | | | Sold (part) | 05/27/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold (part) | 12/01/16 | J | A | |
| 376. - BERNSTEIN INTERMEDIATE DURATION PORTFOLIO SNIDX | D | Dividend | M | T | Sold (part) | 05/27/16 | J | A | |
| 377. | | | | | Sold (part) | 12/01/16 | J | A | |
| 378. | | | | | Buy (add'l) | 12/13/16 | J | | |
| 379. - Bernstein International SIMTX | A | Dividend | K | T | Sold (part) | 02/22/16 | K | A | |
| 380. | | | | | Sold (part) | 05/27/16 | K | A | |
| 381. - Biogen BIIB | | None | J | T | | | | | |
| 382. - Capital One Financial COF (Y) | | | | | | | | | |
| 383. - CF Industries CF (Y) | | | | | | | | | |
| 384. - Cigna Corp (X) | | None | | | Sold | 12/06/16 | J | A | |
| 385. - CITIZENS FINANCIAL GROUP CFG | A | Dividend | | | Sold | 04/07/16 | J | A | |
| 386. - COMCAST CORP-CLASS A CMCSA | | None | J | T | | | | | |
| 387. - Computer Sciences Corp (X) | A | Dividend | | | Sold | 04/21/16 | J | A | |
| 388. - Costco Wholesale COST | A | Dividend | J | T | | | | | |
| 389. - CVS Corp CVS (Y) | | | | | | | | | |
| 390. - Danaher Corp DHR | A | Dividend | | | Sold | 05/27/16 | J | A | |
| 391. - Delta Air Lines Inc | A | Dividend | | | Sold | 09/26/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. - Discover Financial Services DFS | A | Dividend | | | | | | | |
| 393. - Dr Pepper Snapple Group | A | Dividend | | | Sold | 05/27/16 | J | A | |
| 394. - Dollar General (Y) | | | | | | | | | |
| 395. - DowChemical Co | | None | J | T | Buy | 10/21/16 | J | | |
| 396. - Eaton Corp PLC (X) (Y) | | | | | | | | | |
| 397. - Ebay EBAY | | None | J | T | | | | | |
| 398. - Edison International | A | Dividend | J | T | | | | | |
| 399. - Estee Lauder CL A | A | Dividend | | | Sold | 05/27/16 | J | A | |
| 400. - EOG Resources Inc | A | Dividend | J | T | | | | | |
| 401. - Exxon Mobil Corp | A | Dividend | J | T | Buy | 05/11/16 | J | | |
| 402. - Facebook Inc-A | | None | J | T | Sold (part) | 05/27/16 | J | A | |
| 403. - F5 Networks FFIV (Y) | | | | | | | | | |
| 404. - Fiserv Inc FISV (Y) | | | | | | | | | |
| 405. - Gamestop GME | A | Dividend | | | Sold | 03/11/16 | J | A | |
| 406. - General Electric Co | | None | J | T | Buy | 12/21/16 | J | | |
| 407. - General Mills Inc (X) | A | Dividend | | | Sold | 10/18/16 | J | A | |
| 408. - Gilead Sciences GILD (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. - Helmerich & Payne (X) (Y) | | | | | | | | | |
| 410. - Hess Corp HES (Y) | | | | | | | | | |
| 411. - Hewlett-Packard HPQ | A | Dividend | J | T | | | | | |
| 412. - HOME DEPOT INC HD | A | Dividend | J | T | Sold (part) | 05/27/16 | J | A | |
| 413. - Honeywell International Inc. | A | Dividend | J | T | Buy | 04/28/16 | J | | |
| 414. - HP Inc. (X) | A | Dividend | J | T | | | | | |
| 415. - Intel Corp (X) | A | Dividend | J | T | | | | | |
| 416. - Intuitive Surgical SRG | | None | | | Sold | 05/27/16 | J | A | |
| 417. - ITT Corp | A | Dividend | | | Sold | 09/06/16 | J | A | |
| 418. - Intl Business Machines Corp | A | Dividend | J | T | Buy | 11/01/16 | J | | |
| 419. - JETBLUE AIRWARYS JBLU | | None | | | Sold | 05/11/16 | J | A | |
| 420. - Johnson & Johnson | A | Dividend | J | T | Sold (part) | 05/27/16 | J | A | |
| 421. - KIMBERLY-CLARK CORP (Y) | | | | | | | | | |
| 422. - Kroger Co KR (Y) | | | | | | | | | |
| 423. - L Brands LB (Y) | | | | | | | | | |
| 424. - L-3 Communications (Y) | | | | | | | | | |
| 425. - Lyondellbasell LYB | A | Dividend | | | Sold | 05/10/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/06/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. - Magna International (Y) | | | | | | | | | |
| 427. - McDonald's Corp | A | Dividend | | | Sold | 07/18/16 | J | A | |
| 428. - McKesson (Y) | | | | | | | | | |
| 429. - Medtronic MDT | A | Dividend | | | Sold | 12/08/16 | J | A | |
| 430. - Merck & Co MRK (Y) | | | | | | | | | |
| 431. - Microsoft Corp MSFT | A | Dividend | J | T | Sold (part) | 05/27/16 | J | A | |
| 432. - Monster Beverage MNST (Y) | | | | | | | | | |
| 433. - Murphy Oil Corp | A | Dividend | | | Sold | 02/11/16 | J | A | |
| 434. - Nike Inc NKE | A | Dividend | J | T | Sold (part) | 05/27/16 | J | A | |
| 435. - NORTHROP GRUMMAN CORP | A | Dividend | J | T | Sold (part) | 05/13/16 | J | A | |
| 436. - Oracle Corp (Y) | | | | | | | | | |
| 437. - Oshkosh Corp (X) (Y) | | | | | | | | | |
| 438. - OVERLAY A PORTFOLIO CLASS SAOOX | A | Dividend | M | T | Sold (part) | 05/27/16 | J | A | |
| 439. | | | | | Sold (part) | 12/01/16 | J | A | |
| 440. - OVERLAY B PORTFOLIO CLASS SBOOX | D | Dividend | N | T | Sold (part) | 05/27/16 | J | A | |
| 441. | | | | | Sold (part) | 12/01/16 | J | A | |
| 442. | | | | | Buy (add'l) | 12/20/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. - Pepsico PEP | A | Dividend | J | T | Sold (part) | 05/27/16 | J | A | |
| 444. - Pfizer Inc PFE | A | Dividend | J | T | | | | | |
| 445. - PPL Corporation | A | Dividend | | | Sold | 10/10/16 | J | A | |
| 446. - Priceline.Com PCLN | | None | J | T | Sold (part) | 05/27/16 | J | A | |
| 447. - Progessive Group Inc. | | None | | | Buy | 07/20/16 | J | | |
| 448. | | | | | Buy (add'l) | 07/21/16 | J | | |
| 449. | | | | | Sold | 08/16/16 | J | A | |
| 450. - PUBLIC STORAGE (Y) | | | | | | | | | |
| 451. - Ross Stores ROST (Y) | | | | | | | | | |
| 452. - Schlumberger SLB | A | Dividend | J | T | | | | | |
| 453. - Sealed Air Corp (Y) | | | | | | | | | |
| 454. -Servicenow Inc (Y) | | | | | | | | | |
| 455. - Sherwin Williams SHW (Y) | | | | | | | | | |
| 456. - Starbucks SBUX | A | Dividend | J | T | | | | | |
| 457. - SYNCHRONY FINANCIAL (Y) | | | | | | | | | |
| 458. - Texas Instruments Inc. | A | Dividend | J | T | Buy | 07/29/16 | J | | |
| 459. - T-Mobile US Inc. | | None | J | T | Buy | 09/12/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/06/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. - Tyson Foods Inc. (X) (Y) | | | | | | | | | |
| 461. - Union Pacific UNP | A | Dividend | | | Sold | 02/03/16 | J | A | |
| 462. - United Parcel Services | A | Dividend | | | Buy | 05/12/16 | J | | |
| 463. | | | | | Sold | 09/15/16 | J | A | |
| 464. - United Technologies UTX | A | Dividend | J | T | | | | | |
| 465. - Unitedhealth Group | A | Dividend | J | T | Sold (part) | 05/27/16 | J | A | |
| 466. - US Bancorp USB | A | Dividend | J | T | | | | | |
| 467. - Valero Energy VLO (Y) | | | | | | | | | |
| 468. - Verizon Communications VZ | A | Dividend | J | T | Buy (add'l) | 01/27/16 | J | | |
| 469. | | | | | Sold (part) | 05/27/16 | J | A | |
| 470. - VISA Inc V | A | Dividend | J | T | Sold (part) | 05/27/16 | J | A | |
| 471. - Voya Financial | | None | | | Sold | 01/19/16 | J | A | |
| 472. - Walt Disney Co DIS | A | Dividend | J | T | Sold (part) | 05/27/16 | J | A | |
| 473. - Anthem (Y) | | | | | | | | | |
| 474. - Wells Fargo WFC | A | Dividend | J | T | Sold (part) | 05/27/16 | J | A | |
| 475. - Xerox XRX (Y) | | | | | | | | | |
| 476. - Xilinx Inc. | A | Dividend | J | T | Buy | 02/02/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 03/06/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | | | | | |
| 478. | | | | | | | | | |
| 479. | | | | | | | | | |
| 480. | | | | | | | | | |
| 481. | | | | | | | | | |
| 482. | | | | | | | | | |
| 483. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JOHN R. PADOVA**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544